NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UNITED TECHNOLOGIES CORPORATION,**
*Appellant*

**v.**

**GENERAL ELECTRIC COMPANY,**
*Appellee*

———————————

2018-2340

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00427.

———————————

**JUDGMENT**

———————————

MICHAEL VALAIK, Bartlit Beck Herman Palenchar & Scott LLP, Chicago, IL, argued for appellant. Also represented by PATRICK JOSEPH COYNE, MICHAEL ANDREW HOLTMAN, JEFFREY CURTISS TOTTEN, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC; BENJAMIN AARON SAIDMAN, Atlanta, GA.

BRIAN E. FERGUSON, Weil, Gotshal & Manges LLP, Washington, DC, argued for appellee. Also represented by CHRISTOPHER PEPE; ANISH R. DESAI, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* PLAGER and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2019          /s/ Peter R. Marksteiner
      Date              Peter R. Marksteiner
                        Clerk of Court